COM.

v.

**HIGGS, A.**

**1097 WDA 2016**

Superior Court of Pennsylvania.

07/25/2017

CP–02–CR–0012087–2015
(Allegheny)

Affirmed

LAUGHLIN, K.

v.

**SCHNUR, R.**

**1337 WDA 2016**

Superior Court of Pennsylvania.

07/25/2017

A.D. No. 2014–10958 (Butler)

Affirmed

COM.

v.

**BERKE, S.**

**224 WDA 2017**

Superior Court of Pennsylvania.

07/25/2017
Reargument Denied 10/5/2017

CP–02–SA–0002235–2016
(Allegheny)

Affirmed

COM.

v.

**GIBBONS, M.**

**2647 EDA 2015**

Superior Court of Pennsylvania.

07/26/2017

CP–51–CR–0007309–2013 (Philadelphia)

Affirmed